UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN RUSH and ) <br> HAILEY GRAHAM; ) <br>  ) <br>     Plaintiffs ) <br>  ) <br> v. ) <br>  ) <br> SR EMPLOYERS, INC. and ) <br> SUNRIDGE MANAGEMENT GROUP, INC.; ) <br>  ) <br>     Defendants ) | Civil Action No. 22-287-JWD-SDJ |

---

**ORDER**

Before the Court is a Joint Motion for Dismissal Without Prejudice filed by Plaintiffs Megan Rush and Hailey Graham and Defendants SR Employers, Inc. and Sunridge Management Group, Inc.

IT IS HEREBY ORDERED that the pending Motion to Compel Arbitration is DENIED as moot.

IT IS FURTHER ORDERED that this action be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a). This Court shall maintain jurisdiction over any and all post-arbitration relief sought by any of the Parties, including but not limited to any motions to confirm, vacate, or modify any arbitral award pursuant to the Federal Arbitration Act.

Thus done and signed this 13th day of July 2022, in Baton Rouge, Louisiana.

 

_____
HON. JOHN DEGRAVELLES
UNITED STATES DISTRICT JUDGE